**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| **IN RE:**<br><br>    **Joel Mangalinao**<br>    **Maria Theresa Mangalinao**<br><br><br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: LA22-16033-NB<br><br>**NOTICE OF RESCHEDULED TIME FOR CONFIRMATION HEARING**<br><br>DATE:    February 9, 2023<br>TIME    9:30 am<br>PLACE:    Roybal Building<br>    Courtroom 1545 15th Floor<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now**

**occur at the time and place listed above.**

Dated:  <u>12/9/22</u>

<br><br>

———————————————

**Kathy A. Dockery**
**Chapter 13 Trustee**